UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 17 CR 73 |
| ) | |
| BRYAN OSBORNE ) | Judge Sara L. Ellis |
| ) | |

## **FINAL ORDER OF FORFEITURE AND ABANDONMENT**

The United States asks this Court to issue a final order of forfeiture and abandonment as to specific property pursuant to Title 18, United States Code, Section 1594, Title 28, United States Code, Section 2461(c), Fed. R. Crim. P. 32.2, Title 28, United States Code, Section 1651 and Title 41, Code of Federal Regulations, Section 128-48.1, and the Court being fully informed hereby finds as follows:

(a) On June 22, 2017, a superseding indictment was returned charging defendant BRYAN OSBORNE in Counts One, Six, Ten, Thirteen, Fifteen and Eighteen with enticement of a minor to engage in a criminal sex act in violation of 18 U.S.C. § 2422(b), in Counts Two, Three, Five, Seven, Eight, Eleven, Twelve, Fourteen, Sixteen, Seventeen, Nineteen, Twenty-One, Twenty-Two and Twenty-Five with sex trafficking or attempted sex trafficking of minors by force, fraud, or coercion in violation of 18 U.S.C. § 1591(b), in Count Four with sex trafficking by force, fraud, or coercion in violation of 18 U.S.C. § 1591(b)(1), in Counts Nine and Twenty with receipt of child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A) and in Counts Twenty-Three and Twenty-Four with production of child pornography in violation of 18 U.S.C. § 2251(a).

(b) The superseding indictment sought forfeiture to the United States of certain property pursuant to the provisions of 18 U.S.C. §§ 2253 and 1594(d).

(c) On November 29, 2017, pursuant to Fed R. Crim. P. 11, defendant BRYAN OSBORNE entered a voluntary plea of guilty to Count Twenty-Two of the superseding indictment charging him with a violation of 18 U.S.C. § 1591, thereby making specific property named in the superseding indictment subject to forfeiture pursuant to the provisions of 18 U.S.C. § 1594(d).

(d) Pursuant to the terms of the plea agreement, defendant BRYAN OSBORNE has agreed to the entry of a preliminary order of forfeiture relinquishing any right, title or interest he has in item (1) listed below pursuant to 18 U.S.C. § 1594(d):

    (1) one Toshiba digital camera, Model Camileo BW10, bearing serial number PA3897U-1CAS.

Defendant BRYAN OSBORNE also agreed that items (2) through (16) listed below are subject to abandonment and agreed to relinquish and abandon any right, title, or ownership interest he may have in the property, so that the property may be disposed of according to law.

    (2) An HP Compaq desktop bearing serial number MXD4060J6X;

    (3) A Compaq desktop, model Presario SR1903WM, bearing serial number CNH626032J;

    (4) A Dell laptop bearing service tag number BPV6XF1;

    (5) A black T-Mobile cellular telephone bearing IMEI: 012908002488096;

    (6) A black Kyocera cellular telephone, model C5170 bearing HEX A000004124D4F5;

    (7) A black portable Franklin Wifi hotspot device bearing serial number QRG2033845;

    (8) A Prestige Elite tablet, model ME-7Q with an unknown serial number;

    (9) A black Alcatel cellular telephone, model Onetouch 4037T, bearing serial number 014068002275742;

 (10) A black Alcatel cellular telephone with a dark gray back cover, model Onetouch 7024N with an unknown serial number;

 (11) A Dell laptop bearing barcode number T0512711 with power cord;

 (12) A black LG tablet, LG-LK430, bearing FCCID ZNFLK430;

 (13) A black Alcatel cellular telephone with a blue-green back cover, model One Touch Fierce, bearing IMEI 013775001950635;

 (14) A black Cricket Samsung cellular telephone, model SM J12AZ Galaxy Amp 2, bearing IMEI 356419075530362;

 (15) Six bullets: three Winchester .45-caliber, two R P Auto .45-caliber, and one Luger 9mm-caliber; and

 (16) Thirty-eight .38-caliber Smith and Wesson bullets.

(e) On September 30, 2019, this Court entered a preliminary order of forfeiture and abandonment, forfeiting all right, title, and interest of defendant BRYAN OSBORNE in the property listed above in paragraph four (d) (1), and abandoning all right, title and interest of defendant BRYAN OSBORNE in the property listed above in paragraph four (d) (2) through (16) for disposition according to law. The Court directed that the Federal Bureau of Investigation, pursuant to 21 U.S.C. § 853(g), as incorporated by 28 U.S.C. § 2461(c), seize and take custody of the foregoing property for disposition according to law. Further, pursuant to the provisions of 21 U.S.C. § 853(n)(1) and 41 C.F.R. § 128-48.102-1, the government was ordered to publish notice of its intention to dispose of the foregoing property.

(f) Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), and 41 C.F.R. § 128-48.102-1, notice of the criminal forfeiture and abandonment proceedings was posted on an official government internet site for at least 30 consecutive days beginning on October 8, 2019.

(g) The preliminary order of forfeiture and abandonment was served pursuant to the district court's ECF system as to ECF filers. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), no other parties are known to have an interest in the aforementioned property and accordingly, no other parties were personally served with a copy of the notice and preliminary order.

(h) To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing property, and the time in which to do so has expired.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. That, pursuant to the provisions of 18 U.S.C. § 1594(d), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2, all right, title, and interest of defendant BRYAN OSBORNE and any third party in item (a) listed below is hereby forfeit to the United States for disposition according to law, including destruction:

    (a) one Toshiba digital camera, Model Camileo BW10, serial number PA3897U-1CAS.

It is further ordered,

2. That, pursuant to the provisions of 28 U.S.C. § 1651 and 41 C.F.R. § 128-48.1, all right, title and interest of defendant BRYAN OSBORNE in items (b) through (p) listed below is hereby relinquished and abandoned to the United States of America for disposition according to law:

    (b) An HP Compaq desktop bearing serial number MXD4060J6X;

    (c) A Compaq desktop, model Presario SR1903WM, bearing serial number CNH626032J;

    (d) A Dell laptop bearing service tag number BPV6XF1;

  (e)  A black T-Mobile cellular telephone bearing IMEI: 012908002488096;

  (f)  A black Kyocera cellular telephone, model C5170 bearing HEX A000004124D4F5;

  (g)  A black portable Franklin Wifi hotspot device bearing serial number QRG2033845;

  (h)  A Prestige Elite tablet, model ME-7Q with an unknown serial number;

  (i)  A black Alcatel cellular telephone, model Onetouch 4037T, bearing serial number 014068002275742;

  (j)  A black Alcatel cellular telephone with a dark gray back cover, model Onetouch 7024N with an unknown serial number;

  (k)  A Dell laptop bearing barcode number T0512711 with power cord;

  (l)  A black LG tablet, LG-LK430, bearing FCCID ZNFLK430;

  (m)  A black Alcatel cellular telephone with a blue-green back cover, model One Touch Fierce, bearing IMEI 013775001950635;

  (m)  A black Cricket Samsung cellular telephone, model SM J12AZ Galaxy Amp 2, bearing IMEI 356419075530362;

  (o)  Six bullets: three Winchester .45-caliber, two R P Auto .45-caliber, and one Luger 9mm-caliber; and

  (p)  Thirty-eight .38-caliber Smith and Wesson bullets.

It is further ordered,

  3.  That, pursuant to the provisions of 21 U.S.C. § 853(n)(7), as incorporated by 28 U.S.C. § 2461(c), and 41 C.F.R. § 128-48.102-1, following entry of this order, the United States shall have clear title to the foregoing property and shall dispose of the property according to law. It is further ordered,

4. That, this Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this order.

                                     _____
                                     SARA L. ELLIS
                                     United States District Judge

Dated: 1/15/2020